IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE ANTHONY PARKS,

    Petitioner,                    No. 1: 05-cv-00963 ALA HC

    vs.

L. CHRONES, Warden,

    Respondent.                ORDER

_____/

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On October 25, 2007, this court ordered Respondent to file a response to Petitioner's petition. On November 14, 2007, Petitioner filed a traverse. However, Respondent has yet to file a responsive pleading.

    Therefore, IT IS HEREBY ORDERED that:

    1. Petitioner's traverse is stricken from the record and the Clerk of the court shall return the traverse to the Petitioner;

    2. If the Respondent files an answer, Petitioner's traverse, if any, may then be filed and served within thirty-five (35) days after service of the answer; and

    3. If the response to the habeas petition is a motion, Petitioner's opposition or

1  statement of non-opposition to the motion shall be filed and served within thirty-five (35) days
2  after service of the motion, and Respondents' reply, if any, shall be filed and served within
3  fourteen (14) days thereafter.
4  /////
5  DATED: November 15, 2007

                                    /s/ Arthur L. Alarcón
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation