IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE ANTHONY PARKS,

    Petitioner,               No. 1: 05-cv-00963 ALA HC

    vs.

L. CHRONES, Warden,

    Respondent.          ORDER

_____/

    Petitioner Wayne Parks is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On November 29, 2007, Respondent filed a motion to dismiss. The court requests Petitioner respond prior to issuing a ruling.

    Therefore, IT IS HEREBY ORDERED that Petitioner file a response to Respondent's November 29, 2007, motion to dismiss within thirty-five (35) days of the date of this order.

/////

DATED: December 21, 2007

                              /s/ Arthur L. Alarcón
                              UNITED STATES CIRCUIT JUDGE
                              Sitting by Designation

1